1     *Counsel listed on next page.*]

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11

12 LOUIS VAIZ, an individual, on behalf of      Case No. 18-cv-00691-MMC

himself and others similarly situated,

13                              **JOINT STIPULATION AND**

14           Plaintiff,            **[PROPOSED] ORDER TO TRANSFER**
**VENUE**

15      vs.                           Courtroom:    7

16 UNITED PARCEL SERVICE, INC., an      Judge:        Hon. Maxine M. Chesney

Ohio Corporation; and DOES 1 through 50,

17 inclusive,

18          Defendants.

19

20

21

22

23

24

25

26

27

28

1  DAVID YEREMIAN (SB# 226337)
   ALVIN B. LINDSAY (SB# 220236)
2  DAVID YEREMIAN & ASSOCIATES, INC.
   david@yeremianlaw.com
3  alvin@yeremianlaw.com
   535 N. Brand Boulevard, Suite 705
4  Glendale, CA  91203
   Telephone:  (818) 230-8380
5  Facsimile:  (818-230-0308
6

7  Attorneys for Plaintiff LOUIS VAIZ,
   on behalf of himself and all others similarly situated
8

9  ELIZABETH A. BROWN (SB# 235429)
   E. JEFFREY GRUBE (SB# 167324)
10  AMANDA BOLLIGER CRESPO (SB# 250292)
   CLAIRE A. HOFFMANN (SB# 292584)
11  lisabrown@gbgllp.com
12  jeffgrube@gbgllp.com
   amandacrespo@gbgllp.com
13  clairehoffmann@gbgllp.com
   GRUBE BROWN & GEIDT LLP
14  601 Montgomery Street, Suite 1150
   San Francisco, CA  94111
15  Telephone:  (415) 603-5000
   Facsimile:  (415) 840-7210
16

17  Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
18

19

20

21

22

23

24

25

26

27

28

Case No. 18-cv-00691-MMC          -1-          JOINT STIPULATION AND [PROPOSED]
                                               ORDER TO TRANSFER VENUE

88626818.1

1

## STIPULATION TO TRANSFER VENUE

2    Pursuant to 28 U.S.C. § 1404, Plaintiff Louis Vaiz ("Plaintiff") and Defendant United

3  Parcel Service, Inc. ("Defendant") (collectively "Parties"), by and through their respective

4  undersigned counsel, hereby stipulate, agree, and jointly request that the court Transfer Venue to

5  the United States District Court for the Central District of California, Western Division ("Central

6  District"), and in support thereof state as follows:

7    WHEREAS, Plaintiff commenced the instant action ("Action") by filing a complaint

8  against Defendant in the Superior Court of the State of California, in and for the County of

9  Alameda, on December 29, 2017.

10    WHEREAS, on January 2, 2018, Plaintiff served the Summons and Complaint on

11  Defendant.

12    WHEREAS, on January 31, 2018, Defendant removed the matter to the United States

13  District Court for the Northern District of California.

14    WHEREAS, the Court has set the parties' Case Management Conference in this action for

15  May 4, 2018 and their counsel have met and conferred and exchanged correspondence, including

16  regarding Defendant's desire to transfer this action to the Central District of California.

17    WHEREAS, Plaintiff worked for Defendant at a Sylmar, California, facility in Los

18  Angeles County in the Central District of California.

19    WHEREAS, Defendant contends that where, as here, the Action could have been brought

20  in the Central District and Plaintiff and principal witnesses to the allegations brought by Plaintiff

21  were/are employed and reside in the Central District, transfer to the Central District is appropriate

22  for the convenience of the Parties and witnesses and in the interest of justice.

23    WHEREAS, Plaintiff does not oppose the transfer to the Central District of California

24  based on Defendant's contention that it would be proper, but remains opposed to this action being

25  consolidated or otherwise coordinated with any other action pending in the Central District of

26  California upon such transfer.

27

28

1    WHEREAS, Plaintiff and Defendant have conferred and agree that venue is proper in the

2    Central District of California, pursuant to 28 U.S.C. §1404(a), and this matter should be

3    transferred to the Central District in lieu of further litigation in this District.

4    THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

5    That this matter should be transferred to the United States District Court for the Central

6    District of California, Western Division, and request that this Action be transferred accordingly.

7    IT IS SO STIPULATED.

8    DATED:  March 13, 2018                           DAVID YEREMIAN & ASSOCIATES, INC.

9

10                                                    BY: */s/ Alvin B. Lindsay*
                                                          ALVIN B. LINDSAY

11
                                                     Attorneys for Plaintiff
12                                                   LOUIS VAIZ

13    The undersigned attests that the signatory listed above concurs in the content of this

14    document and has authorized its filing.

15    DATED:  March 13, 2018                           GRUBE BROWN & GEIDT LLP

16

17                                                    BY:    /s/ Elizabeth A. Brown
                                                          ELIZABETH A. BROWN

18
                                                     Attorneys for Defendant
19                                                   UNITED PARCEL SERVICE, INC.

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**~~[PROPOSED]~~ ORDER**

The foregoing Joint Stipulation to Transfer Venue to the Central District of California, Western Division, entered into between Plaintiff and Defendant, has been submitted to the Court for consideration.  The Court, having reviewed and considered the Stipulation, and good cause appearing therefor, HEREBY ORDERS that the Stipulation is APPROVED on the terms set forth therein.

The Clerk is directed to transfer this case to the United States District Court for the Central District of California, Western Division, forthwith.  No further proceedings shall be had in this Court.

IT IS SO ORDERED.

DATED:  March 14, 2018      .

Maxine M. Chesney
Judge, United States District Court